IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

COREY C. FEREBEE,        )
                         )
        Plaintiff,       )
v.                       )    Civil Action No. 3:18CV551–HEH
                         )
K.R. BROWN,              )
                         )
        Defendant.       )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on August 24, 2018, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On October 29, 2018, the United States Postal Service returned an October 9, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                    /s/
                         HENRY E. HUDSON
Date: Nov. 8, 2018       SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia